FILED'08 NOV 5 8:56 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 98-157-01-HA |
| v. | ORDER TERMINATING SUPERVISED RELEASE TERM PRIOR TO EXPIRATION DATE |
| CORNELIUS WILLIAM BERRY, | |
| **Defendant.** | |

On August 25, 1999, this Court sentenced defendant to a 78-month prison term followed by a 5-year term of supervised release. The supervised release term commenced on August 26, 2005. Defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is recommended that his term of supervised release be terminated.

Respectfully submitted,

_____
James Hill
Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, **IT IS ORDERED** that the term of supervised release be terminated and Cornelius William Berry be discharged from supervision.

DATED this __4__ day of __November__, 2008.

_____
The Honorable Ancer L. Haggerty
Chief U.S. District Judge

*ORDER—BERRY, CORNELIUS WILLIAM, Page 1*